UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KELSEY RENEE DETTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-22-666-G |
| ) | |
| **CROSS COUNTRY STAFFING INC.,** ) | |
| d/b/a CROSS COUNTRY ) | |
| **HEALTHCARE SERVICES et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is Defendants Select Specialty Hospital – Oklahoma City Inc., Select Medical Corporation, John Merkey, and Tyler Grantham's Partial Motion to Dismiss (Doc. No. 16). Plaintiff filed her original Complaint (Doc. No. 1) in this Court on August 5, 2022, and Plaintiff filed an Amended Complaint (Doc. No. 21) as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) on September 19, 2022.

Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, because the Partial Motion to Dismiss (Doc. No. 16) seeks to dismiss certain claims in the original Complaint, the Partial Motion to Dismiss (Doc. No. 16) is DENIED AS MOOT.

IT IS SO ORDERED this 21st day of October, 2022.

CHARLES B. GOODWIN
United States District Judge